## JAMES v. THE STATE.

BECK, P. J. This case is controlled by the decision this day made in the case of *James* v. *State*, ante, 42. Under that ruling the judgment of the court below is affirmed; and this court denies the application of the attorneys to be relieved of costs, that question being controlled by the rule of court, cited, and not resting in the court's discretion.

*Judgment affirmed. All the Justices concur.*

No. 5205. MARCH 10, 1926.

Murder. Before Judge Reed. Pierce superior court. July 13, 1925.

*S. Thomas Memory, J. R. Walker Jr.,* and *Harvey D. Griffin,* for plaintiff in error.

*George M. Napier, attorney-general, A. B. Spence, solicitor-general,* and *T. R. Gress, assistant attorney-general,* contra.